UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VINCENT GLAZEWSKI | : | |
| Plaintiff | : | Civil Action No. 06-4107(KSH) |
| v. | : | |
| JON CORZINE, et al. | : | ORDER |
| Defendant | : | |

This matter having come before the Court by way of motion to compel the plaintiff to participate in a deposition;

and the Court having issued an order dated July 14, 2008 resolving the issue and directing that the plaintiff participate in a deposition;

and it appearing that the Order was not entered on the docket until September 23, 2008 but that the relief sought by way of the motion having been resolved;

IT IS ON THIS 23rd day of September, 2008

ORDERED that the motion to compel the deposition of the plaintiff [Docket No. 161] is moot in light of the Order dated July 14, 2008.

      s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**