UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

VINCENT GLAZEWSKI                      :

      Plaintiff                           :        Civil Action No. 06-4107(KSH)

      v.                                  :

JON CORZINE, et al.                    :        ORDER ON INFORMAL
                                                APPLICATION
      Defendant                           :


      This matter having come before the Court by way of motion filed April 14, 2009 and

letter dated April 15, 2009, to permit defendants' to seal the "summary judgment materials";

      and the Court now directing the plaintiff to advise the Court if he objects to having the

materials publicly filed or if the wants to join in the request that they be sealed;

      and the parties being reminded that L. Civ. R. 5.3 requires that all motions to seal

describe:

      ( a) the nature of the materials or proceedings at issue, (b) the legitimate private or
      public interests which warrant the relief sought, (c) the clearly defined and serious
      injury that would result if the relief sought is not granted, and (d) why a less
      restrictive alternative to the relief sought is not available.


Local Civ. R. 5.3;

      and it appearing that the defendants have made no effort to seek the least restrictive

alternative since they seek to seal their entire brief in support of the motion for summary

judgment, statement of facts, and all supporting exhibits;

      and the Court reminding the parties that while there may be circumstances that exist to

permit sealing medical records, there is nothing before the Court to show that every line in the

brief contains confidential medical information and hence the motion as drafted is overbroad;

IT IS THEREFORE ON THIS 15th day of April, 2009

ORDERED that, no later than **April 27, 2009**, plaintiff shall advise the Court whether or not he objects to having his medical records publicly file or whether or not he would seek to have them sealed;

IT IS FURTHER ORDERED that if the plaintiff seeks to have the medical records sealed, then only his medical records and specific references to the contents of the records in the brief shall be sealed.  All other components of the motion shall be filed on the public record; and

IT IS FURTHER ORDERED that the defendants shall serve, but not file, the motion so that the plaintiff can review it and notify the Court and defense counsel concerning his position on the motion to seal; and

IT IS FURTHER ORDERED that all other deadlines shall remain unchanged.


 s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**