UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VINCENT GLAZEWSKI,<br><br>           Plaintiff,<br>   v.<br>JON CORZINE, GEORGE HAYMAN, JAMES F. BARBO, LYDELL SHERRER, ANGEL SANTIAGO, SR., ERIC STOKES, DEAN YATAURO, RANDY CICALE, JOSEPH L. TRAPP, STEVEN LA PENTA, PAUL DUNN, CHARLES SIMPKINS, FRANKIE JAMES, JOHN CHANDA, GARY COOK, BEN GAMBLE, CHARLES JACKSON, ZAKIA TWEEDY, ERIC WINGO, REGINALD FRAZIER, KEITH DAVIS, ERIC WILLIAMS, NORWOOD THOMPSON, TIMOTHY FATE, WENDELL SMITH, MAHMOUD ELDEKKI, C. IFFEL, JOHN GODINSKY, M.D., NARSIMHA REDDY, M.D., JOHN HOCHBERG, M.D., SCOTT ORLANSKI, ALBERT LEWIS, and JANE DOES 1 – 10,<br>           Defendants. | Civ. Action No. 06-4107  (KSH)<br><br><br><br><u>**ORDER**</u> |

**KATHARINE S. HAYDEN, U.S.D.J.**

      For the reasons expressed in the opinion filed herewith, and with good cause appearing;

      **IT IS** on this 31st day of December, 2009 hereby

      **ORDERED** that the state defendants' [D.E. 228] and the medical defendants' [D.E. 238], summary judgment motions are **granted**; and it is further ordered that plaintiff's amended complaint [D.E. 12] is dismissed.  The Clerk is directed to close the case.

                                                            /s/Katharine S. Hayden

                                                            Katharine S. Hayden, U.S.D.J.